Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 N. Cave Creek Road, Suite 101
Phoenix, AZ 85024

Telephone: (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Janet Yurkovich*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Janet Yurkovich,<br><br>     Plaintiff,<br><br>     v.<br><br>Life Insurance Company of North America, McKesson Corporation, Short Term Disability Plan for Employees of McKesson Corporation,<br><br>     Defendants. | Case No.  2:11-cv-02528-GMS<br><br>**STIPULATED MOTION TO DISMISS CASE WITHOUT PREJUDICE** |

The parties hereby stipulate that the Court shall dismiss this matter without prejudice. Each side will bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 16th day of May, 2012.

| | |
|---|---|
| */s/ Darren E. Nadel, Esq.*<br>Darren E. Nadel, Esq.<br>Attorney for Defendant | */s/ Scott E. Davis, Esq.*<br>Scott E. Davis, Esq.<br>Attorney for Plaintiff |