# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Janet Yurkovich,<br><br>   Plaintiff,<br><br>   v.<br><br>Life Insurance Company of North America, McKesson Corporation, Short Term Disability Plan for Employees of McKesson Corporation,<br><br>   Defendants. | Case No.  CV-11-2528-PHX-GMS<br><br>**ORDER** |

   Pursuant to the parties' Stipulation to Dismiss (Doc. 25) and good cause appearing,

   **IT IS HEREBY ORDERED** that this matter is dismissed without prejudice.  Each side will bear its own attorney's fees and costs.

   Dated this 16th day of May, 2012.

*/s/ H. Murray Snow*
G. Murray Snow
United States District Judge

-1-